# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEROY EMILLIO GODETT, A/K/A ROY
EMILLIO GODETT,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 71422

FILED

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant Leroy Godett's May 24, 2016, postconviction petition for a writ of habeas corpus (credits). First Judicial District Court, Carson City; James Todd Russell, Judge.

Godett challenged the computation of time served as it applied to his parole eligibility for his burglary conviction. The Court of Appeals has previously observed that Godett already received a parole hearing on this sentence, *see Godett v. Baca*, Docket No. 70768 (Order of Affirmance, November 18, 2016), as indicated by the record on appeal. Because the parole hearing was the only relief available to Godett and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 884 (1989), Godett's claim is moot. *See Johnson v. Dir., Nev. Dep't of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-30869

cc: Hon. James Todd Russell, District Judge
Leroy Emillio Godett
Attorney General/Carson City
Carson City Clerk